IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MIKE CHANEY, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 3:05-0798 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| FIRST AMERICAN NATIONAL | ) | |
| BANK, now known as REGIONS | ) | |
| BANK, and FIRST TENNESSEE | ) | |
| BANK, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Plaintiffs' renewed motion to remand (Docket Entry No. 202) is **DENIED**. A status conference is set for **Friday, February 13, 2009 at 9:00 a.m.** to discuss whether Plaintiff will seek an interlocutory appeal and this Defendant's renewed motion for summary judgment.

It is so **ORDERED**.

**ENTERED** this the 28th day of January, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge